**E-filing**

FILED
08 MAR -5 PM 1:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jason P. Voelker,
        Plaintiff,

vs.

M.C. Kramer et al.,
        Defendant.

CASE NO. 08 1285

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

CW

(PR)

I, Jason P. Voelker, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A         Net: _____

Employer: _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

2003 — Sunny Hills Childrens Garden approximately $3,000.00 a month

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

| | | | |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No ✗ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No ✗ |
| c. | Rent payments? | Yes ___ | No ✗ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No ✗ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ✗ | No ___ |

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

Board of Governor's (BOG) Scholarship for college class — $120.00

3. Are you married?                    Yes ___ No ✗

Spouse's Full Name: N/A

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.  a.  List amount you contribute to your spouse's support: $ _____

1  b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

____N/A_____

_____

5.  Do you own or are you buying a home?    Yes ___  No _X_
Estimated Market Value: $_____  Amount of Mortgage: $_____

6.  Do you own an automobile?    Yes ___  No _X_
Make _____ Year _____ Model _____
Is it financed? Yes _____ No _____ If so, Total due: $ _____
Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: __N/A_____

_____

Present balance(s): $ _____
Do you own any cash? Yes ___ No _X_ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8.  What are your monthly expenses?
Rent: $ _0.00_____ Utilities: _0.00_____
Food: $ _0.00_____ Clothing: _0.00_____
Charge Accounts: N/A

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  Pacific Gas & Electric — $885.00
4  U.S. Dept. of Education — $377.00
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes X   No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  In re Voelker & People v. Voelker were
10  both exhausted in the CA State Courts.
11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

16  2-19-08
17  DATE                         SIGNATURE OF APPLICANT

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/15/08
                                                           PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIFORNIA STATE PRISON FOLSOM
                       INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: JUL. 01, 2007 THRU JAN. 15, 2008

ACCOUNT NUMBER : V62496
ACCOUNT NAME   : VOELKER, JASON PAUL          BED/CELL NUMBER: B5ABT200000038U
PRIVILEGE GROUP: A                            ACCOUNT TYPE: I

                          TRUST ACCOUNT ACTIVITY

           << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                          CURRENT HOLDS IN EFFECT
  DATE        HOLD
 PLACED       CODE         DESCRIPTION               COMMENT       HOLD AMOUNT
 ----------   ----    ---------------------------    ----------    -----------
 07/20/2007   H107    POSTAGE HOLD                   700360               4.05
 12/24/2007   H118    LEGAL COPIES HOLD              703184 L             0.30
 12/28/2007   H118    LEGAL COPIES HOLD              703250 L             0.32
 12/28/2007   H118    LEGAL COPIES HOLD              703250 L             0.40
 12/28/2007   H118    LEGAL COPIES HOLD              703250 L            14.00
 12/28/2007   H118    LEGAL COPIES HOLD              703250 L             0.24
 01/14/2008   H109    LEGAL POSTAGE HOLD             703517 L             1.20
 01/15/2008   H109    LEGAL POSTAGE HOLD             703575 L             4.60
 01/15/2008   H118    LEGAL COPIES HOLD              703576 L             0.40
 01/15/2008   H118    LEGAL COPIES HOLD              703576 L            96.80
 01/15/2008   H118    LEGAL COPIES HOLD              703576 L             1.00
                                                                         0.40

                          TRUST ACCOUNT SUMMARY
 BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS   WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ----------   ---------   -----------    ---------    ---------    ------------
    0.00        0.00         0.00          0.00        123.71         0.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 1/15/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
     TRUST OFFICE

CURRENT AVAILABLE BALANCE

123.71-