JASON PAUL VOELKER
P.O. BOX 950 (B5-AB2-38)
FOLSOM, CA 95673
Id. #: V-62496

March 1, 2008

The Honorable Clerk of the United States District Court
Northern District of California
San Francisco, CA 94901

RE: New Case for Court's Docket
*Voelker vs. M.C. Kramer, et al.*,
28 United States Code, section 2254

C-08-1285-CW

Dear Honorable Clerk:

Please find enclosed the following documents: a *habeas corpus* petition, an indexed set of exhibits, a proposed order to show cause, and a request to proceed *in forma pauperis*. I have included an additional "chamber's copy" of all of the above items for the Judge that is ultimately assigned to my case. Please note that I am also contemporaneously serving a copy of all of the above documents (save for the *in forma pauperis* application) on the Attorney General's office in San Francisco.

If possible, please treat this letter as my consent to allow for a United States Magistrate Judge to be assigned to this case.

If you have any questions, please do not hesitate to contact me at the above address. Thank you in advance for your valuable time and attention to my pro se pleadings and please have a nice day.

Sincerely yours,

Jason Paul Voelker

cc: Attorney General