**JASON PAUL VOELKER**
**P.O. BOX 715071 (B5-BB2-11)**
**REPRESA, CA 95763**
**Id. #: V-62496**

June 17, 2008

RECEIVED

08 JUN 19 PM 12: 22

RICHARD W. WIEKING
CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the Court
U.S. District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102-3483

      **Re:**    **Request for Confirmation that Petitioner Voelker's *in forma* *pauperis* application has been filed with the Court. (*Voelker v. Kramer*, on habeas corpus.)**

Dear Sir or Madam:

In March of this year I submitted a petition for writ of habeas corpus with your office in San Francisco. (28 U.S.C. § 2254.)   Shortly thereafter, I received a letter from the Clerk informing me that my in forma pauperis application could not be processed until I submitted a signature from prison officials certifying my pauper status.  I then subsequently obtained a signature from prison staff and promptly forwarded it to your office.  As to date, however, I have not heard anything back regarding my application to proceed in forma pauperis or my petition for writ of habeas corpus.  Accordingly, I would request confirmation that my in form pauperis application has indeed been filed with the Court.   Also, I would request a copy of my official case number.

Thank you in advance for your valuable time and attention.

                                            Sincerely,

                                            Jason Paul Voelker

FSP941-0077

**Folsom State Prison**
P.O. Box 715071
Represa, CA 95671

NAME: Voelkel

CDCR#: V-62496 Bldg/Bed: B5 - BB - 11

**STATE PRISON**
**GENERATED MAIL**

ADDRESS TO:
P.O. BOX 715071 Letter, Photographs only
P.O. BOX 1790 Money Orders only
P.O. BOX 950 Legal Mail only.

PRISON GENERATED MAIL
**FOLSOM STATE PRISON**
PO BOX 715071
REPRESA CA 95671

Clerk of the Court
U.S. District Court
450 Golden Gate Ave.
San Francisco, CA 94102



UNITED STATES POSTAGE
$ 00.42°
02 1M
0004219402
MAILED FROM ZIP CODE 95672
JUN 18 2008
PITNEY BOWES