MICHAEL OMARA
5150 O'Byrnes Ferry Rd. (45-08)
Jamestown, California 95327
CDCR: G-66949

August 31, 2011

*Sent via First Class Mail to:*

Clerk of the U.S. District Court
Northern District of California
Attn: Dept. 2 Clerk
1301 Clay Street, Ste. 400S
Oakland, CA 94612-5212



    Re:    Status Inquiry
            *Voelker v. Kramer,* Case No.: 4-08-CV-01285-CW

Dear Clerk:

    *Voelker v. Kramer* was filed in 2008 and briefing was completed on April 21, 2009. Would you please let me know if the Court has made a ruling in the above case and, if not, how long the Court usually takes to issue rulings in habeas corpus cases after full briefing?

    If possible, please provide me with a copy of the docket sheet in the above case, too. Thank you in advance for your professional courtesy.

Sincerely,

*Michael Omara*
Michael Omara

cc: