FILED

NOV 08 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JASON PAUL VOELKER,<br><br>              Petitioner - Appellant,<br><br> v.<br><br>M. C. KRAMER,<br><br>              Respondent - Appellee. | No. 11-17465<br><br>D.C. No. 4:08-cv-01285-CW<br>Northern District of California,<br>Oakland<br><br><br>ORDER |

Before:     TALLMAN and MURGUIA, Circuit Judges.

The request for a certificate of appealability is denied.  *See* 28 U.S.C.

§ 2253(c)(2).  All pending motions, if any, are denied as moot.